**C.O. LAW, APC**
Clark Ovruchesky, Esq. (SBN: 301844)
co@colawcalifornia.com
2404 Broadway, Suite 150
San Diego, CA 92102
Telephone: (619) 356-8960
Facsimile:  (619) 330-7610

*Attorneys for Plaintiff*,
Micaela Y. Mendez

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAELA Y. MENDEZ,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, EQUIFAX INFORMATION SERVICES LLC, and INNOVIS DATA SOLUTIONS, INC.<br><br>Defendants. | Case No.:  5:25-cv-01282-JGB-MAR<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND ONLY DEFENDANT TRANS UNION LLC** |

///

///

///

///

///

---

**NOTICE OF SETTLEMENT**                                                                                  PAGE 1 OF 2

Plaintiff MICAELA Y. MENDEZ ("PLAINTIFF") hereby notifies the Court that she and Defendant TRANS UNION LLC ("TRANSUNION") have reached a settlement in this matter and are in the process of completing the final closing documents and filing dismissal papers. TRANSUNION has not filed an answer or a motion for summary judgment in this action. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), PLAINTIFF anticipates filing a voluntary dismissal (with prejudice) with respect to TRANSUNION.

Plaintiff requests that all pending dates and filing requirements pertaining to TRANSUNION be vacated and that the Court set a deadline on or after September 30, 2025 to file a Notice of Voluntary Dismissal as to TRANSUNION.

Respectfully submitted,

Dated: July 30, 2025.                                C.O. LAW, APC

                                                     By: /s/ Clark Ovruchesky
                                                     CLARK OVRUCHESKY, ESQ.
                                                     ATTORNEY FOR PLAINTIFF

PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is C.O. LAW, APC, 2404 Broadway, Suite 150, San Diego, CA 92102. On July 30, 2025, I served the within document(s):

- **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND ONLY DEFENDANT TRANS UNION LLC**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury that the above is true and correct (and that I am employed in or by the office of a member of the bar of this Court at whose direction the service was made).

Executed on July 30, 2025, in San Diego, CA.

By: /s/ Clark Ovruchesky
CLARK OVRUCHESKY, ESQ.
ATTORNEY FOR PLAINTIFF

PROOF OF SERVICE