**C.O. LAW, APC**
Clark Ovruchesky, Esq. (SBN: 301844)
co@colawcalifornia.com
2404 Broadway, Suite 150
San Diego, CA 92102
Telephone: (619) 356-8960
Facsimile:  (619) 330-7610

*Attorneys for Plaintiff*,
Micaela Y. Mendez

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAELA Y. MENDEZ,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, EQUIFAX INFORMATION SERVICES LLC, and INNOVIS DATA SOLUTIONS, INC.<br><br>Defendants. | Case No.:  5:25-cv-01282-JGB-MAR<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND ONLY DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

///

///

///

///

///

Plaintiff MICAELA Y. MENDEZ ("PLAINTIFF") hereby notifies the Court that she and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("EXPERIAN") have reached a settlement in this matter and are in the process of completing the final closing documents and filing dismissal papers.

PLAINTIFF and EXPERIAN anticipate filing a Joint Stipulation and Proposed Order for Dismissal, with respect to EXPERIAN, within 60 days. Plaintiff requests that all pending dates and filing requirements pertaining to Experian be vacated and that the Court set a deadline on or after October 28, 2025 to file a filing a Joint Stipulation and Proposed Order for Dismissal as to EXPERIAN.

Respectfully submitted,

Dated: August 28, 2025.                           C.O. LAW, APC


                                                By: /s/ Clark Ovruchesky
                                                  CLARK OVRUCHESKY, ESQ.
                                                  ATTORNEY FOR PLAINTIFF

PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is C.O. LAW, APC, 2404 Broadway, Suite 150, San Diego, CA 92102. On August 28, 2025, I served the within document(s):

- **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND ONLY DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury that the above is true and correct (and that I am employed in or by the office of a member of the bar of this Court at whose direction the service was made).

Executed on August 28, 2025, in San Diego, CA.

By: /s/ Clark Ovruchesky
CLARK OVRUCHESKY, ESQ.
ATTORNEY FOR PLAINTIFF

PROOF OF SERVICE